UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT ALAN WOLF,

Plaintiff,

vs.

DR. KAMRAM NAFICY,

Respondent.

NO. C11-6013 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, and Plaintiff's one-line objection, ADOPTS the Report and Recommendation. The Court ORDERS the petition for writ of habeas corpus be DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies and that Petitioner's application to proceed *informa pauperis* be DENIED.

Dated this 4th day of June, 2012.

RONALD B. LEIGHTON
U.S. District Judge